**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RONNIE LAJUAN RUSSELL-BEY,

Petitioner,

v.

D.O.C. Commissioner
SHERYL RAMSTAD HVASS,

Respondent.

**CIVIL NO. 01-1083 (MJD/AJB)**

**ORDER**

Respondent has moved for an extension of time in which to respond to Petitioner's Petition for Writ of Habeas Corpus.

Based upon the file, records and proceedings, IT IS HEREBY ORDERED:

Respondent's Response to Petition for Writ of Habeas Corpus shall be filed on or before August 10, 2001.

Dated: ______________

BY THE COURT:

______________
Arthur J. Boylan
United States Magistrate Judge

FILED JUN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______