**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Ronnie LaJuan Russell-Bey, Civil No. 01-1083 PAM/AJB

Petitioner,

v.

D.O.C. Commission
Sheryl Ramstad Hvass,

Respondent.

**ORDER ON PETITIONER'S MOTION FOR RECUSAL OF DISTRICT JUDGE**

Petitioner has filed a petition by a state prisoner for writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting error at trial and improper sentencing. United States District Court Judge Michael J. Davis recused himself pursuant to 28 U.S.C. § 455 and therein Ordered random reassignment. The case has been reassigned to United States District Court Judge Paul A. Magnuson. Petitioner has now filed a Motion to Recuse the Replacement Judge [Docket No. 7]. The motion cites no basis for disqualification of the reassigned judge, but rather, is based upon the prisoner's contention that the originally assigned judge is required to provide specific reasons for his self-disqualification. 28 U.S.C. § 455(b) states various circumstances in which a judge should disqualify himself. The list is not exhaustive and the statute does not impose a requirement that the judge provide specific reasons for disqualification or otherwise explain the recusal decision.

With respect to the currently assigned judge, petitioner cites no justification whatsoever for disqualification or recusal in this instance, and upon review of 28 U.S.C. § 455(b), there is no apparent basis for disqualification. The motion for recusal of the district court

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

judge is reasoned solely upon the assumption that the previously assigned judge is required to provide a specific reason for self-disqualification. This assumption is incorrect and does not support a motion for disqualification of the subsequently assigned judge. The motion for recusal of the replacement District Court Judge is **denied** [Docket No. 7].

Dated: 7/17/01

Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500