UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronnie L. Russell-Bey, Civ. File No. 01-1083 (PAM/AJB)

Petitioner,

v. **ORDER**

Sheryl Ramstad Hvass,

Respondent.

---

This matter is before the Court on Petitioner's Motion to Recuse the Judge in this habeas corpus proceeding. Petitioner claims that Judge Davis, to whom this case was originally assigned, improperly recused himself from the case. Thus, Petitioner seeks to recuse the undersigned, apparently in order to force Judge Davis to take the case. Petitioner has cited no facts or law in support of his contentions. The Motion is without merit.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motion to Recuse (Clerk Doc. No. 7) is **DENIED**.

Dated: July 23, 2001

Paul A. Magnuson
United States District Court Judge

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK